UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- x
UNITED STATES OF AMERICA,          :
                                   :
          v.                       :          00-cr-0761-1 (JSR)
                                   :
ALAN QUINONES,                     :
                                   :
               Defendant.          :          ORDER
--------------------------------- x

JED S. RAKOFF, U.S.D.J.

     The representation of the defendant in the above-captioned

matter is assigned to C.J.A. Attorney on duty November 2, 2020,

Amy Lester, for the purpose of supplementing, if deemed

necessary, the pro se motion for compassionate release received

by the Court on November 2, 2020.

     SO ORDERED.

Dated:    New York, NY

          November 2, 2020              JED S. RAKOFF, U.S.D.J.

-1-