```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
          v.                         :     00-cr-0761-1 (JSR)
                                     :
ALAN QUINONES,                       :
                                     :
               Defendant.            :     ORDER
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On November 2, 2020, the Court assigned Amy Lester, Esq., the C.J.A. Attorney then on duty, to represent the defendant in the above-captioned matter. Dkt. No. 381. In letter dated November 10, 2020, Ms. Lester informed the Court she has resigned from the C.J.A. Panel for the Southern District of New York and requested that the Court assign replacement counsel in this matter. Dkt. No. 384. The Court grants that request and hereby reassigns the representation in this matter to the C.J.A. Attorney on duty November 12, 2020, Sam A. Schmidt, Esq.

The Clerk of the Court is directed to close docket numbers 382 and 384.

SO ORDERED.

Dated:   New York, NY
         November 12, 2020                    _____
                                              JED S. RAKOFF, U.S.D.J.